UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

John A. Hawkins-El,
                 Plaintiff,

vs.

K. Fischer,
                 Defendant,

(Enter above the full name of the
Defendant(s) in this action.)

Case No.: 2:23-cv-00549-MPB-MKK
(TO BE SUPPLIED BY THE CLERK)

FILED
12/01/2023
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

# COMPLAINT

## I. PARTIES

The names and addresses of each plaintiff and defendant are as follows:

A. Plaintiff:
   Name: John A. Hawkins-El
   Identification Number: 956724
   Address: P.O. Box 1111
   Carlisle, In 47838

B. Defendant(s)
   Name: K. Fischer
   Title: Unit Team Manager
   Address: P.O. Box 1111
   Carlisle, In 47838
   Name: Mrs. Porter-Marts
   Title: Case Worker Manager
   Address: P.O. Box 1111
   Carlisle, In 47838

(1.1)

BK3

Name: Matt Lehor
title: Classification
address: P.O. Box 1111, Carlisle, IN 47838

Name: K. Hunter
title: Acting deputy warden
address: P.O. Box 1111, Carlise, IN 47838

Name: Frank Vanihel
title: Warden
address: P.O. Box 1111, Carlisle, IN 47838

(2.)

Name R. Purcell
Title Unit Team Manager
Address P.O. Box 1111
Carlisle, In 47838

(Identify additional plaintiffs and defendants on a separate sheet of paper using this same outline)

## II.   STATEMENT OF JURISDICTION AND PREVIOUS LAWSUITS:

Jurisdiction over this action exists in the United States District Court for the Southern District of Indiana because the violations of my constitutional rights occurred at Wabash Valley Correctional Facility, where I (Hawkins-El) is housed at.

If the same facts alleged or claims made in this suit have been previously presented to any other state or federal court in an earlier suit, for each such earlier suit identify the parties, the Court in which it was filed, the docket number assigned to the suit, the status of such earlier suit, (for example: pending, dismissed, set for trial, on appeal, etc.). and the nature of the disposition if the earlier case is closed.

No!!!

## IV.   CAUSE OF ACTION

State which of your constitutional or federal rights, privileges or immunities have been violated and summarize in one or two sentences <u>what the defendant(s) did to violate your rights in that regard.</u> If you are claiming that more than one of your constitutional rights were violated, use a separate paragraph (ground) for each right, privilege or immunity which was violated. If you have more than three (3) grounds, identify them in a separate attached piece of paper.

BK3

(3.)

to a decision being made regarding the facility recommendation." So, I submitted many request slips, regarding my status, classifications, release and submitted three (3) Classification Appeals and (1) Disciplinary Appeal about my classification and A/S status. Nevertheless, on 10-16-23, I met w/ CWM Porter-Marts at the cellfront of the cell I reside in and signed the classification hearing. The classification hearing suppose to be process and the administrative segregation procedure is to be recommended and decided by the facility head in a 24 hour process. (Exhibits "B" thru "H") Hawkins-El, was lead to believe that I was A/S. Hawkins-El is not niether A/S nor D/S, as of to this day 11-28-23 and was schedule to be release from segregation 10-20-23. Unit Team Manger K. Fischer is deliberately in an retalitory manner, involuntary holding me in segregation, not allowing the Warden to make a decision to release me to population. That's why my classification Appeals are being sent back to me. Ms. Fischer and the Classification Committee is disregarding their/her job duties and acting w/ malicious, willful wantoness to keep Hawkins-El in segregation for no reason. The two (2) Serious bodily Injuries Ms. Fischer are alleging for me to be in RHU, were removed in Hawkins-El criminal matter and amended to a level 6 felony b/c the injuries were de minimis.

18 months of living in an unsanitary housing, and not receiving quality air and recreation, etc are being inflicted upon my person

BK3

Ground 1: Being held involuntarily in Segregation after the completion of 18 months sanctions, which violates my 8th Amendment Right to be free from cruel and unusual punishment, and the violation of my due process of the 14th Amendment, for meaningful reviews, etc.

Ground 2: Retaliation of mishandling of the administrative hearings/classifications to wrongly justify to keep me in/on RHU for no reason, that I am not release when schedule to be release to general population (1st Amendment Right) Defendant's are using my past conduct history to hold me in segregation.

Ground 3: Unjust living conditions of cruel and unusual punishment. (Unsanitary housing and living conditions and harsh conditions of the SCU), which are unnecessary that causes worriness and psychological pain, which I have to endureth.

(Identify additional grounds on a separate sheet of paper)

### V. STATEMENT OF FACTS

State here the FACTS of your case. You should outline both the facts on which your suit is based and the particular role of each defendant in those circumstances.

On 10-12-23, I was notified by CWM Porter-Marts, that I was not recommended to g/p (general population) and to remain in RHU. after the successful completion of the 18 months of segregation time I was sanction to. My schedule release date was 10-20-23, which I appeal 10-12-23 (Exhibit A-A2), and the Appeal was returned 11/14/23, stating " Appeal is being submitted prior

BK3

(5.)

by the actions of a unit team manager or classification committee mishandling my classification hearing/status, & reject meaningful reviews for release.

## VI. RELIEF

State exactly what relief or action you are requesting through this lawsuit.

To be release from Segregation as scheduled to and compensatory and punitive damages for retaliation by K. Fischer intentionally holding me in segregation pass my schedule release date, b/c she believes I have serious bodily injuries, that do not exist, so thus using my past conduct history to keep me in segregation past my release date. ($) 50,000.00 Compensatory Damages)($50,000.00 Punitive Damages)

## AFFIRMATION OF PLAINTIFF

I, the plaintiff in the aforementioned cause, do affirm that I have read all of the statements contained in this complaint and that I believe them to be true and correct to the best of my personal knowledge and belief.

Signed this ___30th___ day of __November__, 20_23_.

_John a. Hawkins-El_
Plaintiff

BK3

(6.)

Since 9-28-22, Hawkins-El been housed in B-East 507, where psychotic, out-of-control, and unmanageable inmates are housed around Hawkins-El, and for over 14 months, the following conditions Hawkins-El had to endureth, which he grieved, and to be relieved from when his segregation time was to be completed 10-20-23.

a. a complete isolation in a cold cell with a solid steel door for 23-24 hours a day;
b. no direct contact or interaction w/ others;
c. extreme cold;
d. constant strobe-lighting;
e. mace fumes;
f. inmates yelling and threating each other and officer's, all through the day & night;
g. no actual recreation b/c birds feces and human feces not clean away;
h. no income, work or educational opportunities;
i. no religious service or religious leader to converse w/ (M.S.T.A or Iman);
j. hot water needs to be work on constantly, b/c hot water don't work;
k. trays sent out to be pick up, where birds fly on them, and the carts not wash off, where trays are place on. (carts left outside w/ trays on them);
l. humilating strip searches;
m. no quality air to breathe;
n. left in shower for long periods of time;
o. disrespectfulness/unprofessionalism of corrections of officers towards prisoner's;

(7.)